UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY D. JUSTICE, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-01145-AMD-RER |
| v. | ) |
| | ) |
| BIODELIVERY SCIENCES INTERNATIONAL, INC., PETER S. GREEN LEAF, JEFFREY A. BAILEY, TODD C. DAVIS, KEVIN KOTLER, VANILA M. SINGH, MARK A. SIRGO, and WILLIAM MARK WATSON, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: June 24, 2022  **RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*